IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA EBERT,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>C.R. BARD, INC., et al.,<br><br>　　　　*Defendants*. | CIVIL ACTION<br>NO. 12-01253 |

## ORDER

**AND NOW**, this 28th day of January 2020, upon consideration of Defendants C.R. Bard, Inc. and Bard Peripheral Vascular Inc.'s uncontested Motion to Seal Documents (ECF No. 140), it is hereby **ORDERED** that the Motion is **GRANTED** in part and the expert reports shall be filed with the following pages redacted:

1. Pages 12–15 of the Expert Report of Robert Ritchie (ECF No. 133-18, Ex. R; ECF No. 135-2, Ex. 3);

2. Pages 17–26 of the Expert Report of Robert McMeeking (ECF No. 133-19, Ex. S; ECF No. 135-2, Ex. 2); and

3. Pages 13–14, 16–18, and 26–27 of the Expert Report of William Hyman (ECF No. 133-20, Ex. T);

4. The redacted versions of the expert reports shall be the only versions available to the public; and

5. The Court reserves the right to modify this Order upon reasonable notice to the parties.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.