IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA EBERT,<br><br>   *Plaintiff*,<br><br> v.<br><br>C.R. BARD, INC., et al.,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 12-01253 |

# ORDER

**AND NOW**, this 11th day of May 2020, upon consideration of Defendants C.R. Bard, Inc. and Bard Peripheral Vascular Inc.'s Motion for Summary Judgment (ECF No. 132), Plaintiff Ebert's Response (ECF Nos. 133 & 138), Defendants' Reply (ECF No. 139), Plaintiff's Sur-Reply (ECF No. 157), and after hearing oral argument on the Motion (ECF No. 154), it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk shall close this case for statistical purposes.

                  BY THE COURT:


                  */s/ Gerald J. Pappert*
                  GERALD J. PAPPERT, J.